No. 73–5954. DOE ET AL. *v.* FLOWERS, COMMISSIONER, DEPARTMENT OF WELFARE. Appeal from D. C. N. D. W. Va. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment affirmed. MR. JUSTICE DOUGLAS would reverse the judgment for the reasons set forth in his dissent in *Edelman* v. *Jordan,* 415

---

U. S. 651, 678 (1974). Mr. Justice Brennan dissents and would reverse the judgment for the reasons set forth in his dissent in *Edelman* v. *Jordan,* 415 U. S. 651, 687 (1974).